**Jeffrey Scott NEW, Appellant,**

v.

**STATE of Missouri, Respondent.**

**No. ED 76629.**

Missouri Court of Appeals,
Eastern District,
Division Two.

Aug. 15, 2000.

Motion for Rehearing and/or Transfer to
Supreme Court Denied Nov. 2, 2000.

Application for Transfer Denied
Dec. 5, 2000.

Dave Hemingway, Asst. Sp. Public Defender, St. Louis, for appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen.,
Susan K. Glass, Asst. Atty. Gen., Jefferson City, for respondent.

Before: CLIFFORD H. AHRENS, P.J.,
WILLIAM H. CRANDALL Jr., J., and
JAMES R. DOWD, J.

*ORDER*

PER CURIAM.

Appellant Jeffrey Scott New appeals from the denial of appellant's motion to vacate, set aside or correct judgment and sentence filed pursuant to Rule 29.15. Appellant was convicted and sentenced to

thirty years imprisonment for burglary, life imprisonment for assault, and five years imprisonment for armed criminal action. We have examined the briefs and the record on appeal and find no error of law. An extended opinion reciting the detailed facts and restating the principles of law would serve no precedential or jurisprudential value. The judgment is affirmed in accordance with Rule 84.16(b).